Fitzgerald & Associates, P.C.
        By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
-------------------------------X

In re:

    Steven Singh

    Debtor

-------------------------------X

**Chapter 13**

Case No. 25-21981-VFP

Conf. Hearing Date: 2/5/2025

### <u>ATTORNEY'S RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION</u>

    Nicholas Fitzgerald, the debtor's counsel, hereby responds to the Chapter 13 trustee's objection to confirmation of the debtor's Chapter 13 the plan as follows:

    The trustee objects to the confirmation of the debtor's payment plan on two grounds which will be addressed below.

    1)  The trustee's position is that the debtor's plan is not feasible.  The debtor has two pension loans which will be paid off during the pendency of the debtor's proposed 60 month payment plan and, accordingly, the debtor has **amended** his payment plan to make it a stepped plan.  With the step in plan payments, we believe that the debtor's payment plan is feasible.

    2)  We **agree** with the trustee in regards to the exemptions claimed on the debtor's schedules.  We mistakenly took the wrong exemptions on Schedule C.  We have amended the debtor's schedules to take the correct exemptions.

Dated: December 26, 2025

                                _____
                                  Nicholas Fitzgerald
                                  Debtor's Counsel

**Exhibit -- Copy of Trustee's Objection to Confirmation**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:

STEVEN SINGH

**Case No.: 25-21981VFP**

**HEARING DATE:  02/05/2026**

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- The plan does not appear to be feasible pursuant to 11 U.S.C. Section 1325(a)(6), as the debtor will be unable to make payments under the plan and to comply with the plan.

- Specifically,

  Plan is not sufficiently funded to repay all creditors in full.

- The Chapter 13 Trustee hereby objects to the exemptions in the above-captioned case pursuant to Bankruptcy Rule 4003.  The Trustee further objects to all exemptions claimed now or at any time before confirmation in any amount in excess of the maximum dollar amounts allowed by the statute, or which does not clearly state the statutory basis for the exemption, the dollar amount claimed as exempt, or the specific property being exempted.  The Trustee requests that any hearing on this objection be scheduled for the date of confirmation.

    Specifically, Debtor claims $9,238 under the 522(d)(5) wildcard exemption but the applicable limit is $,1675. The Trustee objects to all exemptions under 522(d)(5).

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  December 23, 2025

By:   /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee