Certificate Number: 05781-NJ-DE-040450004

Bankruptcy Case Number: 25-21981



05781-NJ-DE-040450004

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2025, at 5:22 o'clock PM PST, Steven Singh completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 28, 2025

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President